

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL ADAM SMITH,<br>    Appellant | CIVIL ACTION 1:10-CV-01911 |
| VERSUS | JUDGE DEE D. DRELL |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that final decision of the Commissioner is REVERSED AND VACATED and that Smith's case is REMANDED to the Commissioner for further proceedings consistent with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of December, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE